Form 8

FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Western States Federal Contracting, LLC     v.     Department of Veteran Affairs

No.     16-1042

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:     Western States Federal Contracting, LLC

Name of party

I am, or the party I represent is (select one):

☒ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☐ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name:                Robert J. Berens

Law Firm:           Langley LLP

Address:            2001 E. Campbell Ave., Ste. 203

City, State and Zip: Phoenix, AZ 85016

Telephone:          602-428-7339

Fax #:              602-795-6077

E-mail address:     rberens@l-llp.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date   October 13, 2015          Signature of pro se or counsel  _____

cc:  _____

Reset Fields